# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Leonard Green | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 11, 2011

Mr. Roger J. McClow

Mr. Mark T. Nelson

Ms. Bethany Steffke Sweeny

    Re: Case No. 10-1418 , *Robert Burcicki, et al v. Newcor Incorporated, et al*
        Originating Case No. : 02-70230

Dear Sir or Madam,

  The Court issued the enclosed Order today in this case.

        Sincerely yours,

        s/Louise Schwarber
        Case Manager
        Direct Dial No. 513-564-7015

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 10-1418

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ROBERT BURCICKI, et al.,

    Plaintiffs - Appellants

 and

WILLIAM BURR, et al.,

    Plaintiffs

v.

NEWCOR INCORPORATED, et al.,

    Defendants- Appellees


   Upon consideration of the appellant's motion to dismiss the instant appeal as moot and to vacate the district court judgment,

   It is hereby **ORDERED** that the motion is **GRANTED**.

                                    **ENTERED BY ORDER OF THE COURT**
                                    Leonard Green, Clerk

Issued: May 11, 2011